

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00077-CV

| | | |
|---|---|---|
| In the Interest of R.M., C.S., I.S., and T.M., Children | § | From the 231st District Court |
| | § | of Tarrant County (231-458944-09) |
| | § | July 19, 2018 |
| | § | Opinion by Chief Justice Sudderth |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth